AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

ALLIANCE FOR ADA COMPLAINCE, INC.,
JOHN GARON and VATRICE RIVERA,

        Plaintiffs,

vs.

GMH/PLANTATION PROMENADE, LTD.,

        Defendant.
_____/

CASE NO. 00-06053 CIV-ZLOCH

MAGISTRATE JUDGE
**SUMMONS IN A CIVIL CASE**    SELTZER

To:    GMH/PLANTATION PROMENADE, LTD.
       by serving:

       Gerald M. Higier
       1541 Sunset Drive, Suite 300
       Coral Gables, FL 33143
       as Registered Agent

     **YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiffs' Attorney (name and address):

Todd W. Shulby, Esquire
Whitelock & Associates, P.A.
300 Southeast Thirteenth Street
Fort Lauderdale, Florida 33316
(954) 463-2001

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLARENCE MADDOX
Clerk of Court

_____
(By) Deputy Clerk

January 12, 2000
Date

