UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-6684-CIV-ZLOCH
Magistrate Judge Seltzer

ALLIANCE FOR ADA COMPLIANCE, )
INC., JOHN GARON, and VATRICE )
RIVERA, )
  )
  )
  Plaintiffs, )
v. )   UNOPPOSED MOTION FOR
  )   ENLARGEMENT OF TIME TO RESPOND
  )   TO PLAINTIFFS' COMPLAINT
GMH/PLANTATION PROMENADE, )
LTD., )
  )
  Defendant. )
  )
  )

    Defendant, GMH/PLANTATION PROMENADE, LTD., respectfully moves this Court for an Order granting Defendant a thirty (30) day enlargement of time up through and including March 4, 2000 within which to respond to Plaintiffs' Complaint. As grounds for this Motion, Defendant alleges the following:

    1.    Plaintiffs filed the instant lawsuit alleging violations of Title III of the Americans with Disabilities Act on January 12, 2000.

    2.    Undersigned counsel was just retained in this matter and is in the process of gathering information and conferring with the client to properly respond to the Complaint.

    3.    Additionally, Defendant requires time to confer with its ADA accessibility consultant in order to prepare an accurate response to the Complaint.

    4.    Plaintiffs' counsel, Todd Shulby, Esq., has been contacted and consents to the enlargement of time requested herein.

5.  No party will be prejudiced by the extension requested herein. This motion is not being interposed for purposes of delay.

WHEREFORE, for all the foregoing reasons, Defendant respectfully requests that its motion be granted.

Respectfully submitted,

GREENBERG, TRAURIG, P.A.
Attorneys for Defendant
1221 Brickell Avenue
Miami, Florida 33131
Tel. (305) 579-0500
Fax (305) 579-0717

By: *(signature)*
RONALD M. ROSENGARTEN
Florida Bar No. 387540
JENNIFER G. DEMBERG
Florida Bar No. 089265

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by U.S. Mail upon Todd Shulby, Esq., Whitelock & Associates, P.A., 300 S.E. 13th Street, Fort Lauderdale, Florida 33316 this 3rd day of February, 2000.

*(signature)*
JENNIFER G. DEMBERG

-2-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-6684-CIV-ZLOCH
Magistrate Judge Seltzer

ALLIANCE FOR ADA COMPLIANCE, )
INC., JOHN GARON, and VATRICE )
RIVERA, )
　　　　　　　　　　　　　　　　　　　)
　　　　Plaintiffs, )
v. )   **ORDER GRANTING UNOPPOSED**
　　　　　　　　　　　　　　　　　　　)   **MOTION FOR ENLARGEMENT OF TIME**
GMH/PLANTATION PROMENADE, )   **TO RESPOND TO PLAINTIFFS'**
LTD., )   **COMPLAINT**
　　　　　　　　　　　　　　　　　　　)
　　　　Defendant. )
　　　　　　　　　　　　　　　　　　　)
_____ )

　　　THIS MATTER came before the Court on Defendant's Unopposed Motion for Enlargement of Time to respond to Plaintiffs' Complaint. The Court having reviewed the Motion, and being otherwise duly advised in the premises thereof, it is

　　　ORDERED and ADJUGED that Defendant's Motion is **GRANTED**. Defendant shall have up through and including March 4, 2000 within which to serve its response to Plaintiffs' Complaint.

　　　DONE and ORDERED in Chambers, Broward County, Florida this ____ day of _____, 2000.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:
Ronald M. Rosengarten, Esq.
Todd Shulby, Esq.

-3-