```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO. 00-6053-CIV-ZLOCH
```

ALLIANCE FOR ADA COMPLIANCE,
INC., JOHN GARON, and
VATRICE RIVERA,

      Plaintiffs,

vs.                                            O R D E R

GMH/PLANTATION PROMENADE, LTD.,

      Defendant.
_____/

      THIS MATTER is before the Court upon the Defendant, GMH/Plantation Promenade, Ltd.s, Unopposed Motion For Enlargement Of Time to Respond To Plaintiffs' Complaint, bearing file stamp of the Clerk of this Court dated February 3, 2000. The Court has carefully reviewed said Motion and after due consideration, it is

      **ORDERED AND ADJUDGED** that the Defendant's aforementioned Unopposed Motion For Enlargement Of Time be and the same is hereby **DENIED.**

      **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of February, 2000.

                                        WILLIAM J. ZLOCH
                                        United States District Judge

Copies furnished:

Todd Shulby, Esq.
Ronald M. Rosengarten, Esq.