UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-06053 CIV-ZLOCH
Magistrate Judge Seltzer

ALLIANCE FOR ADA COMPLIANCE, INC., )
JOHN GARON, and VATRICE RIVERA,    )
                                   )
    Plaintiffs,                    )
                                   )
v.                                 )
                                   )
GMH/PLANTATION PROMENADE, LTD.,    )
                                   )
    Defendant.                     )

**NIGHT BOX FILED**
FEB 9 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

**ANSWER AND AFFIRMATIVE DEFENSES**

Defendant, GMH/Plantation Promenade, Ltd., hereby submits its Answer and Affirmative Defenses to the complaint of Plaintiffs, Alliance for ADA Compliance, Inc., John Garon, and Vatrice Rivera, and states the following:

### JURISDICTION

1.  It is admitted that the complaint purports to be an action arising under Title III of the Americans with Disabilities Act, 42 U.S.C § 12181, et seq. It is admitted that this Court has jurisdiction pursuant to 28 U.S.C. § 1331 and 1343. It is denied that Plaintiffs have any valid cause of action.

### PARTIES

2.  Defendant is without knowledge as to the allegations in Paragraph 2 and therefore denies them.

3. Defendant is without knowledge as to the allegations in Paragraph 3 and therefore denies them.

4. It is admitted that Defendant conducts business in the State of Florida and within this judicial district. The remaining allegations in Paragraph 4 are ambiguous and therefore denied.

## FACTUAL ALLEGATIONS AND CLAIM

5. It is admitted that the Americans with Disabilities Act (hereinafter, the "ADA") speaks for itself.

6. It is admitted that the ADA speaks for itself.

7. It is admitted that the ADA speaks for itself.

8. It is admitted that the ADA and its regulations speak for themselves.

9. It is admitted that the Premises that is the subject of this action includes a shopping complex containing service establishments and other public accommodations and facilities. Defendant is without knowledge as to the remaining allegations in Paragraph 9 and therefore denies them.

10. The allegations in Paragraph state a legal conclusion to which no response is required.

11. Defendant denies that it has discriminated against any persons or entities. Defendant is without knowledge as to the remaining allegations in Paragraph 11 and therefore denies them.

12. It is admitted that 42 U.S.C. §12134(a) speaks for itself. It is admitted that the Department of Justice, Office of Attorney General promulgated regulations to implement the

requirements of the ADA. The remaining allegations in Paragraph state a legal conclusion to which no response is required.

13.  Defendant denies that it has discriminated against any persons. Defendant is without knowledge as to the remaining allegations in Paragraph 13, including all subparts, and therefore denies them.

14.  Defendant denies that it has discriminated against any persons. Defendant is without knowledge as to the remaining allegations in Paragraph 14 and therefore denies them.

15.  Defendant is without knowledge as to the allegations in Paragraph 15 and therefore denies them. Defendant denies that Plaintiffs are entitled to recover attorneys' fees, costs, or expenses.

16.  Defendant admits that 42 U.S.C. § 12188 speaks for itself. Defendant denies all remaining allegations in Paragraph 16.

All allegations not expressly admitted are hereby denied.

### First Affirmative Defense

Plaintiffs have named an improper party as Defendant in this action and therefore their complaint should be dismissed.

### Second Affirmative Defense

Plaintiffs have failed to join indispensible parties, and therefore Plaintiff's complaint should be dismissed.

### Third Affirmative Defense

Plaintiffs do not have standing to bring this action and therefore their complaint should be dismissed.

3

GREENBERG TRAURIG HOFFMAN LIPOFF ROSEN & QUENTEL, P.A.
1221 BRICKELL AVENUE   MIAMI, FLORIDA 33131   305-579-0500   FAX 305-579-0717
MIAMI   NEW YORK   WASHINGTON, D.C.   PHILADELPHIA   SAO PAULO
FORT LAUDERDALE   WEST PALM BEACH   ORLANDO   TALLAHASSEE

### Third Affirmative Defense

Plaintiffs have failed to exhaust all administrative remedies and therefore they are not entitled to any relief.

### Fourth Affirmative Defense

Plaintiffs have failed to provide reasonable notice to Defendant of their alleged violations, and therefore Plaintiffs' Complaint should be dismissed.

### Fifth Affirmative Defense

Plaintiffs have failed to comply with the applicable Statute of Limitations and/or are otherwise time-barred, and therefore Plaintiff's Complaint should be dismissed.

### Sixth Affirmative Defense

Plaintiffs have demanded modifications to Defendant's facilities which are either not readily achievable, technically infeasible, not required, which would create an undue hardship on Defendant, would fundamentally alter the way that Defendant provides its goods and services, or would create a risk to the health and safety of the Plaintiffs and/or others.

WHEREFORE, Defendant, GMH/Plantation Promenade, Ltd., demands that the case against it be dismissed with prejudice, with all costs taxed against the Plaintiffs, and with attorney's fees awarded to Defendant.

-4-

Greenberg Traurig Hoffman Lipoff Rosen & Quentel, P.A.
1221 Brickell Avenue  Miami, Florida 33131  305-579-0500  Fax 305-579-0717
Miami  New York  Washington, D.C.  Philadelphia  Sao Paulo
Fort Lauderdale  West Palm Beach  Orlando  Tallahassee

                                                Respectfully submitted,

                                                GREENBERG TRAURIG, P.A.
                                                Attorneys for Defendant
                                                1221 Brickell Avenue
                                                Miami, Florida 33131
                                                Telephone: (305) 579-0500
                                                Facsimile: (305) 579-0717

                                                _____
                                                RONALD M. ROSENGARTEN
                                                Florida Bar No. 387540
                                                ROBERT S. FINE
                                                Florida Bar No. 0155586
                                                JENNIFER G. DEMBERG
                                                Florida Bar No. 089265

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Answer and Affirmative Defenses has been served by U.S. Mail upon Todd W. Shelby, Whitelock & Associates, P.A., 300 Southeast Thirteenth Street, Fort Lauderdale, Florida 33316, on this ____ day of February, 2000.

                                                _____
                                                ROBERT S. FINE

MIAMI/FINER/1115227/nw$j01!.DOC/2/09/00

GREENBERG TRAURIG HOFFMAN LIPOFF ROSEN & QUENTEL, P.A.
1221 BRICKELL AVENUE MIAMI, FLORIDA 33131  305-579-0500  FAX 305-579-0717
MIAMI  NEW YORK  WASHINGTON, D.C.  PHILADELPHIA  SAO PAULO
FORT LAUDERDALE  WEST PALM BEACH  ORLANDO  TALLAHASSEE