ALLIANCE FOR ADA COMPLIANCE, INC.  
JOHN GARON, and VATRICE RIVERA  
    Plaintiffs  
v.  
GMH/PLANTATION PROMENADE, LTD.  
    Defendant  
_____/

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6053-CIV-ZLOCH

ORDER FOR PRE-TRIAL CONFERENCE

FILED FEB 14 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

    The above-styled cause is hereby set for Pre-Trial Conference on __May 12__, __2000__, at __9:30 a__.m., at the United States Courthouse, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Broward County, Florida. Pursuant to Local Rule 16.1 of this Court, the parties shall abide by the following time schedule under penalty of dismissal or other sanction.

### TIME SCHEDULE

**SEVENTEEN** days prior to P-T Conf. - Attorneys must meet  
**FIFTEEN** days prior to P-T Conf. - Resume of experts and their reports must be exchanged  
**FIVE** days prior to P-T Conf. - ALL discovery must be completed  
__45__ days prior to P-T Conf. - ALL Motions for Summary Judgment and Motions for Judgment on the Pleadings must be filed

EXCEPT AS OTHERWISE MODIFIED HEREIN, THE PARTIES MUST COMPLY IN FULL WITH LOCAL RULE 16.1 OF THIS COURT. THE PROVISIONS OF THIS ORDER SHALL SUPERSEDE ANY DEADLINES OR SCHEDULES AGREED UPON BY THE PARTIES.

TRIAL DATE: PARTIES MUST BE READY FOR TRIAL AT ANY TIME AFTER THE PRE-TRIAL CONFERENCE. THERE WILL BE NO CALENDAR CALL.

PRE-TRIAL STIPULATION must be filed in Fort Lauderdale, Florida, on or before __April 28, 2000__.

    DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this __14th__ day of __February__, 2000.

WILLIAM J. ZLOCH  
United States District Judge

Copies furnished:  
Todd W. Shelby, Esq.  
Ronald M. Rosengarten, Esq.  
Robert S. Fine, Esq.  
Jennifer Demberg, Esq.