UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6053-CIV-ZLOCH

ALLIANCE FOR ADA COMPLIANCE, INC.,
JOHN GARON and VATRICE RIVERA,

    Plaintiffs,

vs.

GMH/PLANTATION PROMENADE, LTD.,

    Defendant.

_____/

**NIGHT BOX FILED**
APR 2 8 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### NOTICE OF SETTLEMENT

Plaintiffs, ALLIANCE FOR ADA COMPLIANCE, INC., JOHN GARON and VATRICE RIVERA, (hereinafter, "Plaintiffs"), and Defendant, GMH/PLANTATION PROMENADE, LTD., by and through the undersigned counsel, hereby provide notice that the parties have reached settlement. The parties are in the process of finalizing the documents necessary to settle this case, and will submit a Notice of Settlement and Final Order within five (5) business days.

Respectfully submitted,

| | |
|---|---|
| GREENBERG TRAURIG, P.A. | WHITELOCK & ASSOCIATES, P.A. |
| 1221 Brickell Avenue | 300 Southeast Thirteenth Street |
| Miami, Florida 33131 | Fort Lauderdale, Florida 33316 |
| Phone No.: (305) 579-0500 | Phone No.: (954) 463-2001 |
| Facsimile No.: (305) 579-0717 | Facsimile No.: (954) 463-0410 |
| Counsel for Defendant | Counsel for Plaintiffs |
| | |
| _____ | _____ |
| RONALD M. ROSENGARTEN | TODD W. SHULBY |
| Florida Bar No.: 387540 | Florida Bar No.: 068365 |