UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6053-CIV-ZLOCH

ALLIANCE FOR ADA COMPLIANCE,
INC., JOHN GARON and VATRICE
RIVERA,

      Plaintiffs,

vs.

**FINAL ORDER OF DISMISSAL**



MAY 09 2000

GMH/PLANTATION PROMENADE, LTD.,

      Defendant.
_____/

THIS MATTER is before the Court sua sponte. This Court entered its Order For Pre-Trial Conference (DE 7) dated February 14, 2000, setting the Pre-Trial Conference in the above-styled cause for May 12, 2000.

No request or Motion For Continuance of the Pre-Trial Conference has been filed, no request or Motion For Extension Of Time Within Which To File Pre-Trial Stipulation has been filed, and no Unilateral Pre-Trial Catalog has been filed by the Plaintiffs as of April 28, 2000, as required by this Court's Order (DE 7) For Pre-Trial Conference and by Rule 16.1, Local Rules for the Southern District of Florida.

This Court having further reviewed the court file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Complaint filed in this matter be and the same is hereby **DISMISSED**, without prejudice, for failure of the Plaintiffs to comply with the Order of this Court setting

Pre-Trial Conference and for the failure of the Plaintiffs to comply with Rule 16.1, Local Rules for the Southern District of Florida.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Pre-Trial Conference previously scheduled in the above-styled cause is hereby canceled.

**IT IS FURTHER ORDERED AND ADJUDGED** that to the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of May, 2000.

 

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Todd W. Shulby, Esq.
For Plaintiffs

Ronald M. Rosengarten, Esq.
For Defendant