UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6053-CIV-ZLOCH

ALLIANCE FOR ADA COMPLIANCE, INC.,
JOHN GARON and VATRICE RIVERA,

    Plaintiffs,

vs.

GMH/PLANTATION PROMENADE, LTD.,

    Defendant.
_____/



## **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiffs, ALLIANCE FOR ADA COMPLIANCE, INC., JOHN GARON and VATRICE RIVERA, by and through their undersigned counsel, and Defendants, GMH/PLANTATION PROMENADE, LTD., hereby stipulate to the voluntary dismissal of this action with prejudice. This stipulation is based on a settlement agreement and therefore, the parties respectfully request that the Court retain jurisdiction over this action for the purposes of enforcement.

June 9th, 2000.

Respectfully submitted,

| GREENBERG TRAURIG, P.A. | WHITELOCK & ASSOCIATES, P.A. |
|---|---|
| 1221 Brickell Avenue | 300 Southeast Thirteenth Street |
| Miami, Florida 33131 | Fort Lauderdale, Florida 33316 |
| Phone No.: (305) 579-0500 | Phone No.: (954) 463-2001 |
| Facsimile No.: (305) 579-0717 | Facsimile No.: (954) 463-0410 |
| Counsel for Defendant | Counsel for Plaintiffs |
| RONALD M. ROSENGARTEN | TODD W. SHULBY |
| Florida Bar No.: 387540 | Florida Bar No.: 068365 |