UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6053-CIV-ZLOCH

ALLIANCE FOR ADA COMPLIANCE, INC.,
JOHN GARON and VATRICE RIVERA,

        Plaintiffs,

vs.                            **FINAL ORDER OF DISMISSAL**

GMH/PLANTATION PROMENADE, LTD.,

        Defendant.
_____/

THIS MATTER is before the Court upon the Stipulation For Voluntary Dismissal With Prejudice, bearing file stamp of the Clerk of this Court dated June 13, 2000, filed herein by Plaintiffs, Alliance For ADA Compliance, Inc., John Garon and Vatrice Rivera, and Defendant, GMH/Plantation Promenade, Ltd. The Court has carefully reviewed said Stipulation and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation For Voluntary Dismissal With Prejudice filed herein by the parties be and the same is hereby approved, adopted and ratified by the Court;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3. The Court hereby retains jurisdiction of the above-styled



cause solely for purposes of enforcing the settlement agreement; and

4. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___14th___ day of June, 2000.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Todd W. Shulby, Esq.
For Plaintiffs

Ronald M. Rosengarten, Esq.
For Defendant